IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LINDA G. MILLER                                                    PLAINTIFF

vs.                    Civil Case No. 1:06CV00036 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                     DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

    1.    Why the record made before the Magistrate Judge is inadequate.

    2.    Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

    3.    The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff has filed a Motion for an Award of Attorney's Fees and Other Expenses Under the Provisions of the Equal Access to Justice Act (DE # 11). Defendant argues in his response that the motion should be denied as untimely (DE # 14). Although given the opportunity, Plaintiff has not replied to Defendant's argument.

In order to obtain fees under the EAJA, a plaintiff must file a fee petition within thirty days after the final judgment in a case. Shalala v. Schaefer, 509 U.S. 292, 302 (1993). A judgment becomes final when the time for filing an appeal has run, Melkonyan v.

Sullivan, 501 U.S. 89 (1991).  In social security cases, the Government has sixty days in which to appeal.  Shalala v. Schaefer, 509 U.S. at 302, citing Rule 4(a) of the Federal Rules of Appellate Procedure.  The court lacks jurisdiction to consider a fee petition filed beyond this time limit.  Pottsmith v. Barnhart, 306 F.3d 526, 527 (8th Cir.  2002).

The District Court entered Judgment in this case on September 19, 2007.  Plaintiff filed her fee petition on January 10, 2008, which was more than ninety days after the date the Judgment was entered.  Because Plaintiff did not file her petition within the time allowed, the request for attorney's fees is denied.

SO ORDERED this 9th day of April, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge