IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


LINDA G. MILLER                                                          PLAINTIFF

VS.                               CASE NO. 1:06CV00036 SWW

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration
DEFENDANT

## **ORDER**

The Court has received proposed findings and recommendations from United

States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful

review, the Court concludes that the findings and recommendations should be, and are

hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that, because Petitioner did not file her petition

within the time allowed, the request for attorney's fees is denied.

SO ORDERED this 30th day of April 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE